

Benjamin D. Bianco
*Partner*
Direct (646) 539-3791
Fax (646) 519-7232
bdb@msf-law.com

November 30, 2023

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 01/04/2024

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Digital Monetization LLC v. Uphold HQ Inc.* (Case No. 1:23-cv-4382-VSB)
      Joint Letter-Motion to Stay Action Pending Resolution of Motion to Dismiss

Dear Judge Broderick:

We are counsel to defendant Uphold HQ Inc. ("Uphold") in this action and write with the authorization of opposing counsel for plaintiff Digital Monetization LLC, to respectfully request the Court stay this action pending a ruling on Uphold's motion to dismiss (Dkt No. 19).

This case is related to, and effectively an opt-out from, a putative class action before this Court styled *Sandoval, et al. v. Uphold HQ Inc.* (Case No. 1:21-cv-7579-VSB-BCM) (the "Sandoval Action"). In the Sandoval Action, Magistrate Judge Moses stayed all party discovery (*Sandoval* Dkt No. 42) until this Court issues a decision on the motion to dismiss pending in the Sandoval Action (*Sandoval* Dkt No. 14). Since Judge Moses issued the stay order, there has been *de minimis* third-party discovery in the Sandoval Action and plaintiff in this action has indicated that it would prefer to adjourn all discovery until the Court rules on the pending—and largely symmetrical—motions to dismiss in both actions.

Therefore, in order to preserve party resources (and judicial resources to the extent disputes arise should discovery proceed), the parties respectfully submit this joint letter-motion to stay this action until the Court resolves the motion to dismiss (Dkt No. 19).

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

By: _____/s/_____
    Benjamin D. Bianco

cc:   All counsel of record (via ECF)

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com