UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGITAL MONETIZATION, LLC,

        Plaintiff,

-against-

UPHOLD HQ INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2025

23-CV-04382 (LTS) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

On January 10, 2025, the above-referenced action was referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Dkt. 30.) All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

Since this action is stayed (Dkt. 29), no case management conference will be scheduled at this time. However, within **ten days of the lifting of the stay,** the parties must submit a joint letter to the Court proposing a date, within the next thirty days thereafter, for an initial case management conference.

Dated: New York, New York
       February 4, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**