UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DIGITAL MONETIZATION LLC,

    Plaintiff,

 -v-   No. 23-CV-4382-LTS-BCM

UPHOLD HQ INC,

    Defendant(s).

--------------------------------------------------------x

## ORDER

On January 4, 2024, this case was stayed pending the resolution of the motion to dismiss in the related case, Sandoval, et al. v. Uphold HQ, Inc., No. 21-CV-7579-LTS-BCM. (Docket entry no. 29.) On May 1, 2025, the Court entered a Memorandum Order granting the motion to dismiss that case with prejudice. Memorandum Order, Sandoval, et al. v. Uphold HQ, Inc., No. 21-CV-7579-LTS-BCM, docket entry no. 66 (S.D.N.Y. May 1, 2025). The parties are hereby directed to promptly meet and confer and to file a joint status update, **within 14 days** after the entry of this Order, setting forth the following matters:

    a. A concise statement of the nature of this action.
    b. The status of settlement discussions and the prospects for settlement of the action in whole or in part, provided that the joint status update shall not disclose to the Court specific settlement offers or demands.
    c. Whether mediation might facilitate resolution of the case.
    d. Whether Plaintiff will seek leave to amend its complaint and/or whether the parties anticipate filing supplemental briefing to augment the arguments made in their motion to dismiss briefing.

  e. Any other information the parties believe may assist the Court in advancing the above-captioned case to settlement or trial, including whether related cases are pending in this court or in any other forum.

 SO ORDERED.

Dated: New York, New York
   May 2, 2025

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge