UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DIGITAL MONETIZATION, LLC,

              Plaintiff,

    -v-                                             No.  23-CV-4382-LTS-BCM

UPHOLD HQ, INC,

              Defendant.

--------------------------------------------------------x

        The Clerk of Court is respectfully directed to lift the stay entered in this case and restore the case to active status.


        SO ORDERED.


Dated: October 22, 2025                               _/s/ Laura Taylor Swain___
       New York New York                      LAURA TAYLOR SWAIN
                                        United States District Judge